IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01704-BNB

MARK F. ZWIEBACK,

    Petitioner,

v.

[NO RESPONDENT NAMED],

    Respondent(s).

---

### ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

Petitioner, Mark F Zwieback, who is detained at the Boulder County, Colorado, Jail, initiated this action on June 17, 2014, by submitting a Letter to the Court raising a challenge to his bond proceeding and other issues concerning his pre-trial detention. Mr. Zwieback also complains about the conditions of his confinement at the Boulder County Jail.

"The essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." *See Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973). "Petitions under § 2241 are used to attack the execution of a sentence, *see Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir.1996), including the lawfulness of pre-trial custody. *See Yellowbear v. Wyoming Atty. General*, 525 F.3d 921, 924 (10th Cir. 2008) (citing *Wack v. Edmondson*, 472 F.3d 1227, 1235 (10th Cir. 2007)). It is well established in the Tenth Circuit that § 2241 is an improper vehicle for a prisoner to challenge the conditions of his confinement. *See McIntosh v. United States Parole Comm'n*, 115 F.3d

809, 811-12 (10th Cir. 1997). A conditions of confinement claim by a state prisoner or detainee must be raised in a civil rights action pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1343. *See id.*

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the submitted document is deficient as described in this order. Mr. Zwieback will be directed to cure the following if he wishes to pursue his claims. Any papers that the Mr. Zwieback files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form):
(8)   __   names in caption do not match names in caption of complaint, petition or habeas application
(9)   X   other: **Mr. Zwieback may pay the $5.00 filing fee, instead of submitting a § 1915 Motion and Affidavit**.

**Complaint, Petition or Application**:

(10)   X   is not submitted
(11)   __   is not on proper form (must use the court's current form)
(12)   __   is missing an original signature by the prisoner
(13)   __   is missing page nos. ___
(14)   __   uses et al. instead of listing all parties in caption
(15)   __   names in caption do not match names in text
(16)   __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)   X   other: **The proper Respondent to a habeas corpus action is the petitioner's custodian**.

Accordingly, it is

ORDERED that the action is construed as a habeas corpus action filed by a pre-trial detainee pursuant to 28 U.S.C. § 2241, rather than a civil rights action.  If Mr. Zwieback wants to bring civil rights claims in this Court, he must initiate a separate civil action and assert his claims on the Prisoner Complaint form.  He must also pay the applicable $400.00 filing fee in the separate action, or file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  It is

ORDERED that Mr. Zwieback cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Mr. Zwieback files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Mr. Zwieback (with the assistance of his case manager or the facility's legal assistant), shall obtain the Court-approved forms for filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, along with the applicable instructions, at www.cod.uscourts.gov.  Mr. Zwieback shall used the court-approved forms in curing the deficiencies noted in this order.  It is

FURTHER ORDERED that, if Mr. Zwieback fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, this action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED: June 19, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge