IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01704-LTB

MARK FREDRICK ZWIEBACK,

    Applicant,

v.

CHIEF HAAS,

    Respondent.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 11, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 11 day of September, 2014.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk

    By: s/  A. García Gallegos
        Deputy Clerk